■ In the Matter of MARY BENJAMIN, as Guardian ad Litem of ROBERT BENJAMIN, an Infant, Respondent, v. NEW YORK CITY HOUSING AUTHORITY, Appellant.— Order entered on April 18, 1960, granting motion for leave to serve notice of claim upon New York City Housing Authority, on behalf of infant pursuant to provisions of section 50-e of the General Municipal Law, unanimously reversed, on the law, on the facts, and in the exercise of discretion, without costs; and the proceedings remanded to Special Term for the taking of additional affidavits or other proofs as to the details and circumstances in connection with the alleged delay in the filing of the notice of claim and for the redetermination of the matter upon such additional affidavits and proofs. It is unclear on the record here as to whether or not the disability of infancy was responsible for the delay. (See *Matter of Brown* v. *New York City Housing Auth.*, 12 A D 2d 590.) See, also, stipulation of attorneys herein dated May 2, 1961 and filed May 5, 1961. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT SCOTT, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ 5 EAST 73RD, INC., Appellant, v. 11 EAST 73RD STREET CORPORATION, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ. [16 Misc 2d 49.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB WISSENFELD, Appellant.— Order entered on December 29, 1958, denying defendant's application for a writ of error *coram nobis*, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ H. M. HUGHES CO., INC., Respondent-Appellant, v. SAPPHIRE REALTY Co., INC., et al., Appellants-Respondents.— Order and judgment, so far as appealed from, unanimously affirmed, without costs. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ ERICH SCHOEPPNER, Appellant, v. FEATURE SPORTS, INC., Respondent.— Order entered on December 23, 1960, denying plaintiff's motion, pursuant to rule 114 of the Rules of Civil Practice, for partial summary judgment, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD NEELEY, Appellant.— Order entered on March 21, 1960, denying defendant's application for a writ of error *coram nobis*, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE JARDINE, Appellant.— Order entered on June 15, 1960, denying defendant's application for a writ of error *coram nobis*, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS E. RAMIREZ, Appellant.— Order entered on September 10, 1959, denying defendant's application for a writ of error *coram nobis*, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.